IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STOLLE MACHINERY COMPANY,

    Plaintiff,

vs.

RAM PRECISION INDUSTRIES, et al.,

    Defendants.

Case No. 3:10cv155

JUDGE WALTER HERBERT RICE

OPINION SUSTAINING IN PART AND OVERRULING IN PART DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION AND FOR FAILURE OF COMPLAINT TO STATE CLAIM UPON WHICH RELIEF CAN BE GRANTED (DOC. #14); EXPANDED OPINION TO BE FILED WITHIN STATED PERIOD OF TIME

Pursuant to the reasoning and citations of authority to be set forth by this Court, in an expanded opinion to be filed within a maximum of 45 days from date, the Motion of the Defendants, seeking an order of the Court dismissing the captioned cause for lack of in personam jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted (Doc. #14), is sustained in part and overruled in part, in a manner and to the extent as will be more fully set forth in the above-referenced expanded opinion. Following the filing of said expanded

opinion, the Court will convene a telephone conference call, in order to determine the viability of the presently pending September 26, 2011, trial date.

March 30, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record