IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STOLLE MACHINERY COMPANY,
LLC,

        Plaintiff,    :    Case No. 3:10-cv-155

  - v -        **District Judge Walter H. Rice**
        **Magistrate Judge Michael R. Merz**

SHU AN and SUZHOU SLAC
PRECISION INDUSTRIES,

        Defendants.    :

# ORDER

On Consent Motion of the parties (Doc. No. 34) and for good cause shown, it is hereby ORDERED that the deadline for the disclosure of lay witnesses be extended to and including July 16, 2012, the deadline for Stolle Machinery Company, LLC, to make a settlement demand be extended to and including July 16, 2012, and that the deadline for the parties to identify expert witnesses and exchange expert reports is extended to and including to and includingJuly 27, 2012.

May 29, 2012.

                                                    s/ **Michael R. Merz**
                                                    United States Magistrate Judge